Commonwealth *v.* Hart, Appellant.

Submitted September 11, 1967. *Willie Hart,* appellant, in propria persona; *Alan J. Davis,* As-

714

sistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.